[No. 25243-4-III.   Division Three.   November 13, 2007.]

PONDEROSA NEIGHBORHOOD ASSOCIATION, *Appellant*, v. SPOKANE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-04180-8, Salvatore F. Cozza, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Brown and Kulik, JJ.

[No. 25293-1-III.   Division Three.   November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WAFAA ATTA JASSIM, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00213-5, Carrie L. Runge, J., entered June 7, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25495-0-III.   Division Three.   November 13, 2007.]

ROBERT EYERLY ET AL., *Appellants*, v. ERIC ALLEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-2-00149-1, Scott R. Sparks, J., entered September 6, 2006. *Reversed* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Stephens, JJ.

[No. 32128-9-II.   Division Two.   November 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DEE DILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00953-9, Katherine M. Stolz, J., entered July 14, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.